IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB<br><br>                Plaintiff,<br><br>v.<br><br>Allen Gibson a/k/a Allen J. Gibson; Kathleen Gibson a/k/a Kathleen M. Gibson,<br><br>                Defendants. | Case No. 1:12 cv 05196<br><br>Assigned Judge: Sharon Johnson Coleman<br>Magistrate Judge: Nan R. Nolan |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Allen Gibson a/k/a Allen J. Gibson and Kathleen Gibson a/k/a Kathleen M. Gibson, and as grounds thereof state:

As appears from the Affidavit of Plaintiff in support of this Motion attached as Exhibit A hereto, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                      PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB


                                      By: __/s/ Jeffrey B. Dovitz_____
                                             One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jeffrey B. Dovitz (ARDC#6288119)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jdovitz@crowleylamb.com